UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURA VALDEZ,<br><br>Defendant. | ) Case No.:  21cr2883-LAB<br>)<br>)<br>) Order Granting Joint Motion to<br>) Continue Motion Hearing and Trial<br>) Setting<br>)<br>)<br>) |

Good cause appearing in the parties' joint motion, the Court continues the motion hearing from to December 20, 2021, to January 3, 2022at 2:00 p.m.

The Court orders time excluded until the new hearing date under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice, 18 U.S.C. § 3161(h)(7)(A), and based on the defendant's unavailability due to hospitalization.

So ordered.

Dated: November 30, 2021

_Lany A. Burns_
Hon. Larry A. Burns
U.S District Judge

1